UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH-PMF<br><br>MDL No. 2100<br><br>ORDER GRANTING DISMISSAL WITHOUT PREJUDICE |

**This Document Relates to:**

*Jenhea L. Gonzalez v.*  No. 3:10-cv-11793-DRH-PMF
*Bayer HealthCare Pharmaceuticals, Inc., et al.*

## ORDER GRANTING MOTION TO DISMISS WITHOUT PREJUDICE

**HERNDON, Chief Judge:**

Before the Court is Defendant Bayer HealthCare Pharmaceuticals Inc.'s ("Bayer") motion, pursuant to Case Management Order 12 ("CMO 12"),[1] for an Order dismissing the above captioned matter without prejudice for failure to comply with Plaintiff Fact Sheet ("PFS") obligations.[2]

Under Section C of CMO 12, each plaintiff is required to serve defendants with a completed PFS, including a signed Declaration, executed record release Authorizations, and copies of all documents subject to the requests for

---

[1] The parties negotiated and agreed to CMO 12, which expressly provides that the discovery required of plaintiffs is not objectionable. CMO 12 § A(2).

[2] Bayer an identical motion in *Dallas Kane-Meunier v. Bayer HealthCare Pharmaceuticals, Inc., et al.* No. 3:10-cv-10991-DRH-PMF. This member action was subsequently dismissed without prejudice pursuant to a stipulation of dismissal filed by the parties. *See Kane-Meunier* Doc. 8.

production contained in the PFS which are in the possession of plaintiff. Section B of CMO 12 further provides that a completed PFS is due "45 days from the date of service of the first answer to her Complaint or the docketing of her case in this MDL, or 45 days from the date of this Order, whichever is later."

Accordingly, plaintiff was to have served a completed PFS on or before May 23, 2011. *See Gonzalez* Doc. 6 Exhibit A. Per Section E of CMO 12, Notice of Overdue Discovery was sent on June 22, 2011. *See Gonzalez* Doc. 6 Exhibit B. As of today's date, plaintiff still has not served a completed PFS. Plaintiff's PFS is thus more than one month overdue.

Under Section E of CMO 12, **plaintiff was given 14 days from the date of Bayer's motion**, in this case 14 days from July 129, 2011, to file a response either certifying that she served upon defendants and defendants received a <u>completed</u> PFS, and attaching appropriate documentation of receipt or an opposition to defendant's motion.[3]

To date, plaintiff has not filed a response. Because the plaintiff has failed to respond to Bayer's allegations, the Court finds that plaintiff has failed to

---

[3] Responses to Bayer's motion to dismiss were due 14 days from July 29, 2011 regardless of any response date automatically generated by CM/ECF. The Court has previously noted in orders in this MDL and during a status conference in this MDL that **when deadlines provided by CM/ECF conflict with orders of this Court, the Court ordered deadline will always control**. ***See* United States District Court for the Southern District of Illinois, Electronic Filing Rules, Rule 3 (The "filer is responsible for calculating the response time under the federal and/or local rules. The date generated by CM/ECF is a guideline only, and, if the Court has ordered the response to be filed on a date certain, the Court's order governs the response deadline.").** The deadlines provided by CM/ECF are generated automatically based on the generic responsive pleading times allowed under the rules and do not consider special circumstances (such as court orders specific to a particular case or issue).

comply with her PFS obligations under CMO 12. Accordingly, the Court hereby **ORDERS** as follows:

- The **above captioned member action is DISMISSED WITHOUT PREJUDICE** for failure to comply with the requirements of CMO 12.
- **Further,** the Court reminds plaintiff that, pursuant to CMO 12 Section E, **unless plaintiff serves defendants with a COMPLETED PFS or moves to vacate the dismissal without prejudice within 60 days after entry of this Order, the Order will be converted to a <u>Dismissal With Prejudice</u> upon defendants' motion**.

**SO ORDERED**

Digitally signed by David R. Herndon
Date: 2011.08.24 10:53:54 -05'00'

**Chief Judge**  Date: August 24, 2011
**United States District Court**